UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VLSI TECHNOLOGY, LLC, <br><br> Plaintiff, <br><br> v. <br><br> DEPARTMENT OF COMMERCE, et al., <br><br> Defendants. | Civil Action No. 24-2244 (CRC) |

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE AN OPPOSITION AND CROSS MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 6(b), Defendants the Department of Commerce ("Commerce") and its component the Patent and Trademark Office ("PTO"), respectfully move the Court for an order enlarging the time to file an opposition and cross motion for summary judgment by sixty days. The current deadline is May 16, 2025, but Defendants seek until July 15, 2025. Plaintiff, through counsel has consented to a fourteen-day extension but as demonstrated below, good cause supports granting a sixty-day extension.

1. Defendants finished processing records responsive to the FOIA requests that are the subject of this lawsuit on April 3, 2025. Jt. Status Rpt. ¶ 1 (ECF No. 13). After this production, the parties agreed that they "will first attempt to resolve any disagreements regarding the search or withholdings among themselves without court intervention." *Id*. ¶ 4.

2. Despite this agreement, Plaintiff filed a motion for summary judgment on May 2, 2025. Prior to May 2, the parties had exchanged correspondence about a possible meeting between Plaintiff's counsel, Defendant's counsel, and Defendants' FOIA staff. However, this meeting was

not scheduled because Agency counsel for the Department of Commerce was on extended leave due to a family matter.

3. Defendants have now agreed to meet with Plaintiff in an attempt to resolve their disagreements. Defendants request at least sixty days to allow the parties to meet and confer and, if necessary, prepare a declaration and Vaughn Index in support of a motion for summary judgment. Fourteen days is not sufficient time to have a meet and confer and produce a *Vaughn* Index and declaration given the high volume of records that will need to be catalogued in the Vaughn Index, the Department of Commerce's reduced staffing levels, and the multiple levels of review that will be required before finalizing the Vaughn.

4. Granting this extension will allow the parties time to resolve their disagreements regarding the withholdings which could potentially reduce or eliminate the need for further Court intervention.

5. Accordingly, in the interest of judicial efficiency, Defendants respectfully request that the Court enlarge Defendants' deadline to file an opposition and cross motion to July 15, 2025.

Dated: May 15, 2025                     Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ John J. Bardo*
JOHN J. B ARDO, D.C. Bar # 1655534
Assistant United States Attorney – Civil Division
601 D Street, N.W.
Washington, D.C. 20530
(202) 870-6770
John.Bardo@usdoj.gov

*Attorneys for the United States of America*