UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VLSI TECHNOLOGY, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DEPARTMENT OF COMMERCE, et al.,<br><br>　　　　　Defendants. | Civil Action No. 24-2244 (CRC) |

## JOINT STATUS REPORT

Pursuant to the Court's April 7, 2025 Minutes Order, Plaintiff VLSI Technology, LLC and Defendants the Department of Commerce ("Commerce") and its component the Patent and Trademark Office ("PTO") respectfully submit this Joint Status Report. The parties report as follows:

1.　The parties and their counsel will have a videoconference tomorrow, May 19, 2025 to discuss Defendants' withholdings and attempt to reach an agreement.

2.　Defendants' have sought additional time to oppose Plaintiff's motion for summary judgment, in part to allow the parties time to resolve these disagreements without court intervention. See Mot. to Extend (ECF. No. 16). That motion remains pending.

3.　The parties respectfully propose filing another joint status report in thirty days, on June 18, 2025.

Dated: May 19, 2025 Respectfully submitted,

*/s/ Matthew Topic*
Matthew Topic, D.C. Bar No. IL0037
Merrick Wayne, D.C. Bar No. IL0058
Stephen Stich Match, D.C. Bar No. MA0044
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900
foia@loevy.com

*Counsel for Plaintiff*

JEANINE FERRIS PIRRO
United States Attorney

By: /s/ *John J. Bardo*
JOHN J. B ARDO, D.C. Bar # 1655534
Assistant United States Attorney – Civil Division
601 D Street, N.W.
Washington, D.C. 20530
(202) 870-6770
John.Bardo@usdoj.gov

*Counsel for the United States of America*