**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| VLSI TECHNOLOGY, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:24-cv-02244 (CRC) |
| v. ) | |
| ) | |
| UNITED STATES PATENT AND ) | |
| TRADEMARK OFFICE, ) | |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| COMMERCE, ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF'S NOTICE REGARDING INTEL

Plaintiff VLSI Technology, LLC ("VLSI"), by and through its undersigned counsel, provide this notice to the Court regarding Intel and its connection to this Freedom of Information Act case. On August 14, 2025, the Court informed the parties that it holds a modest amount of Intel stock, but that it does not believe disqualification is required because Intel is not a party to this case. Although VLSI has no reason to question the Court's ability to be impartial, 28 U.S.C. § 455(b)(4) does not permit waiver by a party. Therefore, VLSI wishes to clarify the impact this case may have on Intel, notwithstanding its status as a non-party.

The FOIA requests at issue in this case seek records that may evidence improper communications or other impropriety by Defendants regarding Patent Office proceedings involving Intel that resulted in adverse decisions regarding the validity of two VLSI patents. VLSI previously secured a jury verdict of over $2 billion against Intel based on its infringement of those same patents, and Intel's potential liability going forward turns in part on whether those proceedings are upheld. If records exist that demonstrate impropriety in the Patent Office proceedings, VLSI intends to rely on those records in its ongoing challenges to those proceedings.

The potential nullification of those proceedings and clarification of VLSI's patent rights could in turn impact the value of Intel and its stock price. This Court may be called upon to rule on the adequacy of Defendants' searches for such records and whether any exemptions apply to such records.

Dated: August 29, 2025

Respectfully submitted,

*/s/ Matthew Topic*
Matthew Topic, D.C. Bar No. IL0037
Merrick Wayne, D.C. Bar No. IL0058
Stephen Stich Match, D.C. Bar No. MA0044
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900
foia@loevy.com

*Counsel for Plaintiffs*