UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VLSI TECHNOLOGY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>U.S. PATENT AND TRADEMARK OFFICE, et al.,<br><br>Defendants. | Civil Action No. 24-2244 (BAH) |

**MOTION FOR EXTENSION OF TIME TO FILE RESPONSE**

Pursuant to Rule 6(b), Defendants respectfully move for a five-day extension of the deadline to respond to Plaintiff's Motion for Partial Summary Judgment. Prior to filing this motion, undersigned counsel conferred with Plaintiff, through counsel, and counsel stated that Plaintiff opposes this request.

On August 21, 2026, the Court granted Plaintiff's request for leave to file a bifurcated summary judgment motions in order to contest Defendants' redactions to one document that Plaintiff characterize as a "whistleblower report." *See* August 21, 2026 Minute Order. Defendant's response to the Complaint is currently due on September 17, 2026. Defendant seeks a 5-day extension of that deadline to September 22, 2026. Defendants previously received an extension to file their answer and one extension to respond to Plaintiff's premature, unnecessary, and ultimately stricken motion for summary judgement. *See* Aug. 14, 2025 Minute Order. Defendants also received two extensions to respond to Plaintiff's motion to compel.

Defendants will be prejudiced if counsel does not receive this short and entirely reasonable extension. Undersigned counsel has not been able to begin work on Defendants' response to the

motion for partial summary judgment because the Patent Trademark Office is finalizing a declaration to support its withholdings of information on the document at issue. The Patent and Trademark Office is unable to send the declaration at a time that will allow the undersigned counsel to meet the current deadline.

Moreover, the compressed and short-notice briefing schedule puts further strain on counsel's busy litigation schedule, which includes three additional dispositive briefings due between now and the end of September. Counsel planned to prioritize those briefings since the deadlines have already been extended and counsel will take two days of prescheduled leave next week. Further, Counsel just recently joined the U.S. Attorney's Office and was not involved in this case during most of its history. If this motion is granted, Plaintiff's reply would be due on September 29, 2026 and Defendants' Reply would be due on October 6, 2026.

Plaintiff will not be prejudiced by this short extension which is not likely to affect the timeframe for resolving this motion. In fact, Plaintiff has never articulated a reason why this expedited briefing is necessary beyond casting their interests in a patent dispute as being of public interest and repeatedly complaining of their frustration with Defendants' FOIA processing timeline – delays that are at least partially attributable to plaintiff's strategy of resorting to time consuming briefings rather than trying to resolve disputes without court intervention. Plaintiff has not attempted to work with Defendants in good faith as is evidenced by their decision to oppose even a five-day extension.

WHEREFORE, Defendants respectfully request that the deadline to respond to the motion for partial summary judgment be extended to September 22, 2026. A proposed order is enclosed herewith.

Dated: September 15, 2026
Washington D.C.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

*/s/ Michael E. Yohannan*

MICHAEL E. YOHANNAN
PA Bar #307575
Assistant United States Attorney
Civil Division
601 D Street, NW
Washington, DC 20530
Telephone: 202-809-2054
Michael.Yohannan@usdoj.gov

*Attorney for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VLSI TECHNOLOGY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>U.S. PATENT AND TRADEMARK OFFICE, et al.,<br><br>Defendants. | Civil Action No. 24-2244 (BAH) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendants' motion for an extension of time to respond to Plaintiff's Motion for Partial Summary Judgment, it is hereby

ORDERED that Defendant's motion is GRANTED; and it is further

ORDERED that the deadline for Defendants to file their response and cross motion to Plaintiffs' Motion for Summary Judgment is extended to September 22, 2026. Plaintiff's Reply is due on September 29, 2026 and Defendants' Reply is due October 6, 2026.

SO ORDERED:

__________________
Date

______________________________________
Beryl A. Howell
United States District Judge