UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VLSI TECHNOLOGY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>U.S. PATENT AND TRADEMARK OFFICE, et al.,<br><br>Defendants. | Civil Action No. 24-2244 (BAH) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendants' motion for an extension of time to respond to Plaintiff's Motion for Partial Summary Judgment, it is hereby

ORDERED that Defendant's motion is GRANTED; and it is further

ORDERED that the deadline for Defendants to file their response and cross motion to Plaintiffs' Motion for Summary Judgment is extended to September 22, 2026. Plaintiff's Reply is due on September 29, 2026 and Defendants' Reply is due October 6, 2026.

SO ORDERED:

__________________
Date

____________________________________
Beryl A. Howell
United States District Judge